UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)



| |
|---|
| In re: |
| **DAVID MICHAEL FONTANE A/K/A DAVID MICHAEL** Debtor, Etc, |
| WHEREAS Anthony barca/ Continental Dynamics is a Creditor |

Chapter 7

Case No. 10-42843-MSH

## MOTION FOR RELIEF FROM STAY BY CREDITOR ANTHONY BARCA

Now comes Anthony Barca (a major "creditor"), of the Debtor, with a criminal Action filed in the U.S attorney's Office, in Worcester and filed on June 3rd, 2010 [copy attached].

1. As part of this Case (Bankruptcy) pursuant and under the "UNITED STATES Bankrupcy Codes" the Creditor Anthony Barca hereby moves that this court grant relief from stay or automatic stay for the purposes of returning the creditor's property or its full monetary value of property the debtor heisted from Creditor's company in 2007.

## FACTURAL BACKGROUND

1. On June 3, 2010, the Debtor filed a voluntary petition under Chapter 13 of the Bankrupcy Code, and later on June 21 requested his case be converted to one under Chapter 7 of the Bankruptcy Code.

2. The **Debtor** is obligated to the Creditor Anthony Barca- Continental Dynamics for the following: The debtor rented industrial space to the Creditor in October of 2006, for his business Continental Dynamics Corporation Rental space to start on November 1 st of that year. The Debtot needed to remove large machinery of the past left behind many years by someone else. in the said rental space on

1

the first floor. This said machinery was fully connected to electricial power with many remote controls that were hard wired with high voltage. the also included Pneumatics (Air pressure system). By mutual agreement between the debtor and Creditor the debtor would pay the costs to the creditor and never paid. One long week of work costs **$1,860.00.** Most machines removal done by David Fontaine's helpers. The Creditor finished the rest of this work.

4. Creditor moves in at a cost **$4,000** a 2 month period. Rent was paid each month in addition to the last month's rent [future date]. (please see attached sheet.)

5. The creditor incurred many additional expenses and space rented in good faith by the Creditor..

6. On January 31, 2007 an entire inspection of the said building by the Fire Chief and Code Inspector was done.

It later was found the Debtor-Owner did not have an Occupancy Permit for the entire building with another new tenant to move in the following day after the inspection.

In early Febuary a padlock and chain were put on the only entrence gate. (pictures enclosed).

In short nearly all of the Creditor's assets locked-in by the debtor, while debtor was unavailable.

7. Creditor assets equipment, machinery, inventory, office equipment, tooling, product facilities equipment, (copper pipping removed by debtor, and other assets too numerous to mention in this motion and will be supplied at a later date.

Continued on page 3

2

## **GROUNDS FOR RELIEF**

A..     **ANTHONY BARCA owner of Continental dynamics is entitled
to relief under sections of the Bankruptcy Codes**

1. The Creditor is entitled to relief from any stay or automatic stay persuant to the Bankruptcy codes for cause, for lack of Debtor's deliberate avoidance for any contact as to his residental address, phone number, fax, or other means to his tenants, town officials, etc.

The debtor did not give notice to the Creditor to remove his property, equipment ,etc in Feburary 2007 or thereafter, padlocked entery gate to the Watson Building at 9 Water Street, in the town of Leicester, Ma.where the creditor rented space in the said building

2. It is apparant the debtor from His past actions, has no regard for others, or others property, equity in dollars, nor the tenants protection. But the Debtor was always around collecting rents at the first of the month. He the Debtor has rented portions of this said building and possible other properties for his own personal and monetary benefit without any regards to their interests.

3. The above is not intended to be a conterversal issue(s) As under Chapter 7 many have substained substancial financial losses and countless hours of work especially the Creditor of this motion.

4. The total due the Creditor Anthony Barca in cash value $7,500,000 and costs.

## **GROUNDS FOR RELIEF**

### A. THE CREDITOR IS ENTITLED FOR RELIEF FOR CAUSE
### UNDER CHAPTER 7 BANKRUPTCY CODES

5.. The Creditor is entitled to total relief from automatic stay or for any stay for any cause under Chapter 7 of the Bankrupcy Codes, the Debtor has disrupted the Creditor and his future business by his misdeeds and by Grand thief fully knowing what he was doing by putting the Creditor out of business for his own personal monetary benefits as above, and it is the debtor's obligation to return all of the Creditor's property and costs, or if sold or disposed of, pay the full value and Creditor's total value and

3

costs back back to the Creditor.

6. The properties at 9 Water Street and adjacent 1164 Main in Leicester, Ma. owned by the moving party for relief from the automatic stay has the burden of proving lack of equity under the Bankruptcy Codes under Chapter 7.

WHEREFORE, the above listed Creditor respectfully requests that this Court issue an Order:

1. a. Grant full relief as outlined from the automatic stay or any stay and grant full relief return of the Creditor"s property and remedies with respect to the Creditor's property or other relief in the full value of $7,500,000,

2. a. Grant the Creditor such other and further relief as is just.

Respectfully submitted,

by Anthony Barca the Creditor,

Anthony Barca/Continental Dynamics
50 Shewsbury Street
Worcester, Ma 01604-0701
Tel 508 756 5181
E-Mail: Anthonyb25 @verizon.net

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**DAVID MICHAEL FONTANE**<br>**A/K/A DAVID MICHAEL**<br>Debtor, Etc,<br><br>**WHEREAS Anthony barca/**<br>**Continental Dynamics is a Creditor** | **Chapter 7**<br><br>**Case No. 10-42843-MSH** |

ORDER APPROVING MOTION FOR RELIEF FROM
STAY BY CREDITOR ANTHONY BARCA

Anthony Barca (the "Creditor"), having filed a motion for relief from stay (the "Motion") requesting, pursuant to 11 U.S.C. 362, or other appropiate statue, that this court enter an order granting the Creditor relief from the automatic stay or any stay for the purpose of exercising the Creditor's rights and remedies with respect to Creditor's Machinery, equipment, etc at 9 Water Street, Leicester or whereever located or if disposed of or sold, monetary relief in the amount and other costs; and prior to releasing the said building to the Spencer Savings Bank, and due notice and an opportunity to object having been given to all parties requestingg notice in this case, and after due deliberation and good and sufficient cause appearing therefore,

IT WAS FOUND AND ORDERED THAT:

1. The Motion is hereby granted; and

2. The Creditor is granted relief from the automatic stay pursuant to the Bankruptcy Code -- 362 (d) or other appropiate code to exercise the Creditor's rights and remedies with respect to the Creditor's property as outlined above.

Dated this _____ day of _____ 2010.

The Honorable Melvin S. Hoffman
United States Bankruptcy Judge

# Flagship Bank

We are happy to provide you with a copy of the item you requested.



Check #10187 from Continental Dynamics, dated 10/10/06, pay to the order of David Fourdane, $450.00, Four Hundred Fifty dollars, Flagship Bank Worcester, MA. For: Rent 2806 Nov thru Dec.

# Flagship Bank

We are happy to provide you with a copy of the item you requested.





RIC:0  Account:50010988  Serial:10207  Amount:$450.00  Sequence:502863870  Date:12-08-2006



RIC:0  Account:50010988  Serial:10214  Amount:$137.50  Sequence:502321550  Date:06-07-2007



January 6, 2007

From Tony:

David, the rental agreement for my space at 9 Water Street in Leicester is $450.00 per month with heat and electricity. You buy oil in very small quanities and ran out almost on a daily basis. This could do severe damage to you boiler and cause a freeze up and crack its chambers. You put a lock box on the thermostat and setting the temperature providing no heat to my rental space.

There has been no heat in my rental space since Friday prior to this New Year. In fairness, I cannot justly pay the full $450.00 as per agreed for rent, besides working conditions are cruel on your part in this cold weather. As stated to you in the past, and since there is no heat in my working (rental space), I will be deducting 25 percent ($112.50) from my rent on a pro-rata basis for January 2007 and following equal to $337.50.

Another matter you owe me a discounted $200.00 for work done in your condos next door since last October, by mutual agreement you asked me to take it out of this month's rent January 2007. In doing so, a check is enclosed for January is $450 less $112.50 (above), less $200.00 equal $137.50.

Other work done, removal of old electrical equipment to machinery. You stated you would pay me. This was done last October. I, told you $85.00 per hour is my discounted rate. I drove one hour to the Water Street location, worked six plus hours for 4 days and one hour our back to Lunenburg equal to 8 hours for each of the four days last October. To date I still have not been paid. Let me know when you are going to pay me.


Sincerely Tony,

_____
Continental Dynamics Corporation

**ENERGY SOLUTIONS TO HIGH FUEL COSTS**

**H E A T I N G   U P   Y O U R   H O M E**

# *Continental* **D**YNAMICS

## LEADING THE WAY TO **ENERGY INDEPENDENCE**

WITH ITS *ELECTRO-HYDRONIC*™ MODULeHEAT LAUNCHER™

**INSTANTANEOUS FORCED HOT WATER HEATING SYSTEMS that PROVIDES THE MANY BENEFITS THE COMPETITION IS UNAWARE OF:**

by INSTALLING a **MODULeHEAT LAUNCHER**™ IN YOUR HOME SOON AND SAVE

- **save money - 50 % or more ON FUEL COST**
- **save by not wasting energy**
- **save big $$$ on floor space**
- **save by getting - instant heat in minutes anytime**
- **save on 0- standby heat loss radiation**
- **save on LONG LIFE Reliability**
- **American Made- Premium Quality**

VERY HIGH EFFICIENCY

- LOW PRESSURE
- COMPACT DESIGN
- LOW PROFILE
- FAST RECOVERY
- NON-BOILER
- NON-SEALED COMBUSTION
- LOW WATER CONTENT
- VERY HIGH EFFICIENCY (V-H-E)
- PREFERRED NON-CONDENSING
- WHISPER-QUIET OPERATION
- WALL-MOUNTED
- SAVES 75% OR MORE OF FLOOR SPACE!
- SHIPPING WGT. 90 LBS.

FIRED BY CLEAN BURNING NATURAL GAS OR LP PROPANE THE ENVIRONMENTALLY FRIENDLY FUEL


WALL MOUNTED HEATING SYSTEM


*Continental Dynamics*™
PRODUCTS DEVELOPED WITH INTEGRITY

CONTINENTAL DYNAMICS CORPORATION
9 WATER STREET LEICESTER, MA
**TEL 774 633 0033**
www.continentaldynamics.com

REV. 12-08-06

# INTRODUCTION TO CREDITOR'S ~~CLAIMS~~ EQUITY

**CREDITOR ANTHONY BARCA /**
**Continental Dynamics Corporation**
**RENTAL PAYMENTS TO**
**DAVID M. FONTAINE**

**IMPORTANT NOTE:**
It was found than David Fontaine <u>did not</u> have an occupancy PERMIT

for any part of 9 Water Street in Leicester in February of 2007

where he rented industrial space to the claimant and others.

| RENTAL CHECKS | MONTHLY YEAR | CHECK DATE | AMOUNT | CHECK NO. | |
|---|---|---|---|---|---|
| 1 ST MONTH | NOV -06 | 10-10-06 | $450.00 | 10187 | |
| LAST MONTH | 10-10-06 | 10-10-06 | $450.00 | 10188 | END OF RENTAL |
| 2 ND MONTH | 12-05-06 | 12-05-06 | $450.00 | 10207 | |
| 3 RD MONTH | 01-06-07 | 01-06-07 | $137.50 | 10214 | WITH ADJUSTMENTS 2ND PAGE |

OTHER WORK COMPLETED
FOR DEBTOR DAVID FONTAINE

REMOVAL OF ALL ELECTRICALS
CONNECTED FROM MANY
OLD MACHINES IN CREDITOR'S RENTAL
SPACE UND UNPAIDED                    $1860.00

ATTACHED ARE COPIES OF RENTAL CHEKS

It must be noted this is only ~~partial~~ AC list of Creditor's claims. EQUITY

PAGE 1 OF

# ECONOMATIC CONTROLS™ ZONING CONTROLLERS

Our *ECONOMATIC CONTROLS* (controllers) were especially designed by **Continental Dynamics** to work in conjunction with our **MODULeHEAT LAUNCHER** low pressure, very high efficiency forced hot water systems. Our zoning controllers provide for single and multi-zoning applications and are universal.

All our *ECONOMATIC CONTROLS* (controllers) are 115 volt A.C., 60 Hz and equipped with 24 volt A.C. cube type plug-in relays with 2 double - pole, double - throw sets of contacts. All contacts are rated at 10 amps and relays are highly reliable. But in the event should any relay fail at any time, circuitry was designed in our multi-zone controllers so that all relays are interchangeable in an emergency and easily replaceable. Special order for 220 volt, 50 to 60 Hz models.

In each multi-zone model there are up to 3 heating zones. All zones provide overlapping protection when any thermostat is satisfied (temperature reaching thermo setting). There is 1 optional priority zone for use with an indirect hot-water heater.

**NOTE:**
No additional transformers or special wiring required. Terminal connections are marked.

We can provide special *ECONOMATIC CONTROLS* (zoning controllers) for additional zones and special applications. Consult factory.

---

**MODEL ECS - 100**

**SINGLE ZONE CONTROLLER**
*FOR SINGLE ZONE HOME OR COMMERCIAL HEATING APPLICATIONS*

**MODEL ECV 400**

**4 - ZONE VALVE CONTROLLER**
*FOR MULTIPLE ZONE VALVE SYSTEMS,*
1 TO 3 *ZONES FOR HOME OR COMMERCIAL HEATING APPLICATIONS WITH*
1 - **OPTIONAL** *PRIORIETARY ZONE FOR INDIRECT HOT WATER HEATER*

**MODEL ECP - 450**

**4 - ZONE MULTIPLE PUMP CONTROLLER**
*FOR MULTIPLE PUMP SYSTEMS,*
1 TO 3 *ZONES FOR HOME OR COMMERCIAL HEATING APPLICATIONS WITH*
1 - **OPTIONAL** *PRIORIETARY ZONE FOR INDIRECT HOT WATER HEATER*

**UNIVERSAL SINGLE ZONE CONTROLLER**



**TWO - UNIVERSAL MULTIZONE MODELS**



*Continental Dynamics Corporation,*
LEICESTER, MA   TEL 774 633 0033

# Town Of Leicester
## OFFICE OF THE INSPECTOR OF CODES
3 Washburn Square
Leicester, Massachusetts 01524-1333
Phone: (508) 892-7003    Fax: (508) 892-1163
**Building & Zoning Enforcement**
Jeff Taylor

**Plumbing & Gas Inspector**
John P. Dolan

**Wiring Inspector**
Paul A. Sarro

Date: February 21, 2007
David Fontaine
10 Moore Ave.
Worcester, Ma. 01602
Re: 9 Water Street, Leicester, Ma

Dear Mr. Fontaine;

   This notice serves as a Cease and Desist for the use and construction, except for current permits on file, of the property you own located at the aforementioned address. As you have been made aware by Michelle Buck, Town Planner, and I, proper procedures must be followed in order for the structure to be used, and construction can begin. You have built separation assemblies and currently have a business located in a portion of the structure. That business use is non-compliant to the town's current by-laws, and you have been told this can not happen, but you neglect our information repeatedly. You have audio tapped us in the office so you would understand the procedures, and at this point in time you have not presented the town with a plan of action.

   As stated to you many times, and the district the structure is in, (Central Business), you will need to present a plan of use for the building to the Code Enforcement Officer for review. After a review, a written statement will be sent to you explaining what your next course of action will be. The Town of Leicester's Zoning By-Laws, explain what is allowed and what is allowed by Special Permit. At this time you can seek information on special permit requirements from the Planning Board office.

   Construction on this structure shall comply with all requirements of 780 CMR, (the Massachusetts Building Code 6th edition). Prior to commencement or work or a building permit, a plan will be forwarded to this department with a stamp bearing the Massachusetts registered professional engineer or architect with all necessary information for the intended use or uses. Construction can only begin after information is directed to the proper board or boards, (if a special permit is necessary the Planning Board with an order of conditions).

   Failure to comply with this Cease and Desist may result in legal actions taken by the Town of Leicester

Jeff Taylor, CBO
Inspector of Buildings
Zoning Enforcement Officer
Cc
Planning Board
Michelle Buck, Town Planner
Board of Selectmen
Bob Reed, Town Administrator

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David Fontaine
10 Moore Ave.
Worcester, MA
01602

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service)
7003 1010 0004 7854 7014

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**nbing & Gas Inspector**
John P. Dolan

**Wiring Inspector**
Paul A. Sarro

    This notice serves as a Cease and Desist for the use and construction, except for current permits on file, of the property you own located at the aforementioned address. As you have been made aware by Michelle Buck, Town Planner, and I, proper procedures must be followed in order for the structure to be used, and construction can begin. You have built separation assemblies and currently have a business located in a portion of the structure. That business use is non-compliant to the town's current by-laws, and you have been told this can not happen, but you neglect our information repeatedly. You have audio tapped us in the office so you would understand the procedures, and at this point in time you have not presented the town with a plan of action.

    As stated to you many times, and the district the structure is in, (Central Business), you will need to present a plan of use for the building to the Code Enforcement Officer for review. After a review, a written statement will be sent to you explaining what your next course of action will be. The Town of Leicester's Zoning By-Laws, explain what is allowed and what is allowed by Special Permit. At this time you can seek information on special permit requirements from the Planning Board office.

    Construction on this structure shall comply with all requirements of 780 CMR, (the Massachusetts Building Code 6th edition). Prior to commencement or work or a building permit, a plan will be forwarded to this department with a stamp bearing the Massachusetts registered professional engineer or architect with all necessary information for the intended use or uses. Construction can only begin after information is directed to the proper board or boards, (if a special permit is necessary the Planning Board with an order of conditions).

    Failure to comply with this Cease and Desist may result in legal actions taken by the Town of Leicester.

Jeff Taylor, CBO
Inspector of Buildings
Zoning Enforcement Officer
Cc
Planning Board
Michelle Buck, Town Planner
Board of Selectmen
Bob Reed, Town Administrator