**FILED AT THE U.S. ATTORNEY OFFICE ON JUNE 3, 2010**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Anthony Barca )
    (Plaintiff) )
     )
vs )    *CASE NO -*
     )
David M. Michael Fontaine (Defendant) )    *10 - 42843-M3H*

AUG 02 '10 AM 9:26 USB

## PLAINTIFF'S COMPLAINT FOR GRAND LARCENCY AGAINST THE DEFENDANT

1. Anthony Barca the plaintiff of Worcester, Massachusetts owner of Continental Dynamics Corporation, formerly of 9 Water Street in the town of Leicester, Massachusetts.

2. David M. (Michael) Fontaine the defendant resides at 10 Moore Avenue in Worcester, Massachusetts, owner of numorous properties in Worcester, Leicester possibly New Hamshire.

3. The plaintiff rented industrial rental space from the defendant in starting November of 2006. Other tenents also occupied rental space this said large Building building known as the the Watson Manufacturing Company located at at 9 Water Street in Leicester.

4. In February of 2007 a few months later by way of an building Inspection with the Fire Department Chief and the Building Code Inspector, it was found the Defendant /owner <u>did not</u> have an occupancy permit for the said building. The Code Inspection Department issued a "Cease and Desist" Order to the Defendant in February of 2007.

5. The Defendant locked out the Plaintiff and other tenants. The defendant seizes nearly all of the plaintiff's and his Company's assets and defendant unavailable to talk to or work with. No one seem to knew where the defendant lived or how to contact him.

6. In short, the plaintiff's 12 years of development of his products, investment and equipment, machinery and other personel property have been stolen by the defendant and possibly intellectural property rights at stake with another additional 3 years of losses since early 2007.

8. The defendant's properties in Leicester listed as above 9 Water Street, the Watson Mills Building and adjacent property at 1164 Main Street also owned by the Defendant was up for forclosure on June 3rd, 2010 and an understanding is to the Plaintiff's new knowledge the Defendant is filing for Bankrupcy.

WHEREFORE, The plaintiff demands recovery of all his equipment, assets, furniture, and numerous other losses in the amount of $7,500,000 Seven million, five hundred thoudand Dollars in addition to other related costs and interest.

                        by the Plaintiff,

June 3rd, 2010      Anthony Barca
                         50 Shewsbury Street (701)
                         PO Box 3065
                         Worcester, Ma 01613
                         Tel 508 756 5181

Other Supporting documents to be furnished in 10-12 days.