UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>DAVID MICHAEL FONTANE<br>A/K/A DAVID MICHAEL<br>    Debtor, Etc,<br><br>WHEREAS Anthony barca/<br>Continental Dynamics is a Creditor | Chapter 7<br><br>Case No. 10-42843-MSH |

## INJUNCTION

The creditor Anthony Barca asks this court for an Injunction preventing the Debtor David Michael Fontaine present owner or if a new owner of real property located at 9 Water Street in Leicester refrain from removing the Creditor's property. The Debtor is known to deal in fraud and in fraudulant schemes as he has delt with the creditor and others.

BY THE
CREDITOR,

8/20/2010

[signature]
50 Shrewsbury St (20)S
Worcester, MA 01604
TEL 508 756 5181