UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

Case No. 10-42843

Chapter 7

In Re:

DAVID M. FONTAINE
AND JBS TRUST

Debtor

MOTION FOR CREDITOR TO EXTIME TO FILE ADVERSAY COMPLAINT WITH MASS CH. 90A.

To the Hon. JUDGE HOFFMAN Bankruptcy Judge:

I, ANTHONY BARCA, the ~~Debtor~~ CREDITOR herein, make this Motion for EXTENTION OF TIME and request the following relief:

RETURN OF EQUIPMENT + PROPERTY AND DAMAGES, IF DISPOSED OF CASH VALUE TOGETHER.

In support of this Motion, I hereby allege as follows:

THE DEBTOR USED ~~ACT~~ OF FRAUD, EMBEZZLEMENT GRAND LARCENY UPON THE CREDITOR FOR HIS OWN PERSONAL GAIN.

WHEREFORE, Debtor prays for an order granting the relief requested.

Dated: SEPT 21ST 2010

CREDITOR ~~Debtor~~(s) Signature
PLAINTIFF

TONY BARCA
508 756 5181

SEP 21 '10 PM 2:16 USB